1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL DEAVER, individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>BBVA COMPASS CONSULTING AND BENEFITS, INC.; COMPASS BANK; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C13-0222 (JSC)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>[Alameda County Superior Court Case No. RG12656697]<br><br>Date Filed: Nov. 19, 2012<br>First Amended Complaint Filed: Sept. 6, 2013 |

On October 11, 2013, Defendants filed a Motion to Consider Whether Cases Should be Related pursuant to Local Rules 7-11 and 3-12(a). Having considered the papers filed in support and opposition of the motion and for good cause shown, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED and the following cases are deemed related: Northern District Case No. 13-cv-00222-JSC, Northern District Case No. 13-cv-04598 TEH, Ninth Circuit Case No. 13-80126, ~~and Central District Case No. EDCV11-1489 PSG (OPx)~~.

IT IS SO ORDERED.

Dated: October 23, 2013        By: /s/ Jacqueline S. Corley
                               Hon. Jacqueline S. Corley
                               United States District Court Judge

Submitted By:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ - Catherine J. Coble
    Cheryl L. Schreck
    Beth A. Gunn
    Catherine J. Coble

    Attorneys for Defendants
    BBVA COMPASS INSURANCE AGENCY, INC.
    erroneously named and sued as BBVA COMPASS
    CONSULTING AND BENEFITS, INC. AND
    COMPASS BANK

16182302.1

1                                            Case No. C13-0222 (JSC)
[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED